Case 4:22-cv-01323   Document 12   Filed on 09/08/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WATFORD INSURANCE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>THE MICHELS LAW FIRM and JOE<br>MICHELS,<br>    Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:22-CV-01323<br>§<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AND FINAL JUDGMENT

On this day the Court considered plaintiff Watford Insurance Company's ("Watford") Motion for Default Judgment against defendants The Michels Law Firm ("Law Firm") and Joe Michels ("Michels"). Having considered the Motion, the Court is of the opinion that the Motion should be fully **GRANTED**.

IT IS HEREBY ORDERED that a default judgment will be entered against defendants The Michels Law Firm and Joe Michels. Accordingly, the Court makes the following declarations:

1.  Lawyers Professional Liability Policy number W00PB03408-01 issued by Watford Insurance Company to the named insured The Michels Law Firm is fully rescinded pursuant to Chapter 705 of the Texas Insurance Code.

2.  No coverage exists under Lawyers Professional Liability Policy number W00PB03408-01 issued by Watford Insurance Company to the named insured The Michels Law Firm or to any other insured for any existing or future claims, including any claims related to the arbitration proceedings in Case No. 01-20-0014-3577; *David P. Ellent, PLLC d/b/a Genesis Medical Group v. Woodlands Diagnostic Clinic, PA; Maria Charron, MD; Stephen Fillman, MD; William Fridley, MD; Patrick Ogidan, MD; Sharon Ogidan, MD; Todd Youngblood, MD; WDC Holdco, PA (f/k/a Northwest Diagnostic Clinic, PA); Jeffrey Renton; and Amie Sun-Wright, MD;*

before the American Arbitration Association in Houston Texas, as well as Cause No. 22-0083; *Nancy Colclasure v. Dwight Lankford, Individually and as Trustee of the Dwight Lankford Revocable Living Trust & Joe Michels, Jr., Individually and as Trustee of the Charles W. and Mary J. Welch Revocable Living Trust*; in the 71st Judicial District Court for Harrison County, Texas.

*This is a Final Judgment*

September 8, 2022
Date

_____
The Honorable Judge Sim Lake
United States District Judge